PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Docket Number: 1:04CR05071-01 OWW** |
| ) | |
| **Nagi Saleh Mohamed** ) | |
| ) | |

On June 7, 2004, the above-named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                        Respectfully submitted,

                        /s/ Marlene K. DeOrian

                        **Marlene K. DeOrian
                        United States Probation Officer**

Dated:     December 1, 2005
           Fresno, California
           MKD

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **NAGI SALEH MOHAMED**
**Docket Number: 1:04CR05071-01 OWW**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 12/20/05 | /s/Oliver W. Wanger |
| **Date** | **Oliver W. Wanger** |
| | **United States District Judge** |

MKD

Attachment:    Recommendation

cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG